■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT TRUE-LUCK, Appellant. — Judgment, Supreme Court, Bronx County, rendered on October 15, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J.P., Ross, Carro, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGAPITA BENI-TEZ, Also Known as WILSON RODRIGUEZ, Appellant. — Judgment, Supreme Court, New York County, rendered on July 31, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J.P., Birns, Sullivan, Silverman and Bloom, JJ.